THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MEADOWS, Appellant.—

Christ, P. J., Rabin, Kleinfeld and Benjamin, JJ., concur; Munder, J., dissents and votes to affirm the judgment on the authority of *North Carolina* v. *Alford* (—— U. S. ——).

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON MYLES, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Kleinfeld and Benjamin, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID HAMPTON, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN SCHLANGER, Appellant, v. WILLIAM PHIMISTER, as Warden of the County Jail of Westchester County, Respondent.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.